**JAMES R. GREINER, ESQ.**
CALIFORNIA STATE BAR NUMBER 123357
**LAW OFFICES OF JAMES R. GREINER**
1024 IRON POINT ROAD
FOLSOM, CALIFORNIA 95630
TELEPHONE: (916) 357-6701
FAX: (916) 920-7951
E MAIL: jaygreiner@midtown.net

ATTORNEY FOR DEFENDANT
CHARLES ALEXANDER

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> PLAINTIFF, ) <br> ) <br> v. ) <br> ) <br> CHARLES ALEXANDER, et al., ) <br> ) <br> DEFENDANTS. ) <br> _____) | NO. 12-cr-00221–MCE <br><br> STIPULATION AND ORDER CONTINUING THE CASE TO THURSDAY, SEPTEMBER 5, 2013 |

The parties to this litigation, the Unites States of America, represented by Assistant United States Attorney, Mr. Paul Hemesath., and defendant, Charles Alexander, represented by attorney, Mr. James R. Greiner, hereby agree and stipulate that the appeal from the Magistrate ruling on detention can be continued to Thursday, September 5, 2013, **at 9:00 a.m.** in Courtroom #7, on the 14th Floor, before the Honorable Chief United States District Court Judge Morrison C. England, Jr., and the current date set for Thursday, August 8, 2013 can be vacated.

Further, all of the parties, the United States of America and the defendant Charles Alexander agree and stipulate that time under the Speedy Trial Act can be excluded under Title 18 section 3161(h)(7)(B)(iv), corresponding Local Code T-4, which corresponds to Title 18 section 3161(h)(7)(A) (to allow counsel time to prepare) from Thursday, August 29, 2013 to through and including, Thursday, September 5, 2013, to allow for the hearing of the appeal of the Magistrates ruling on

1

detention.

## EXCLUSION OF TIME UNDER THE SPEEDY TRIAL ACT

Time has already been excluded by this Court up to and including August 29, 2013, at the status conference hearing held on May 30, 2013, see docket # 35. August 29, 2013 is a status conference.

Time can be excluded from Thursday, August 29, 2013 to Thursday, September 5, 2013, based on a pending motion of appeal of the Magistrate detention ruling, which is Local Code E.

Therefore, pursuant to both Title 18 U.S.C. section 3161 (h)(d), which corresponds to Local E and (h)(7)(b)(iv) which corresponds to Local Code T-4, time is agreed to be excluded from Thursday, August 29, 2013 to through and including Thursday, September 5, 2013.

The respective parties have authorized James R. Greiner to sign this stipulation.

Respectfully submitted,
BENJAMIN WAGNER
UNITED STATES ATTORNEY

DATED: 8-2-13  /s/ Paul Hemesath
_____

Paul Hemesath
ASSISTANT UNITED STATES ATTORNEY
ATTORNEY FOR THE PLAINTIFF

DATED: 8-2-13  /s/ James R. Greiner
_____
James R. Greiner
Attorney for Defendant
Charles Alexander

**ORDER**

Based upon the representations of counsel, the record in this case, and the agreements and stipulations between all counsel in the case, the Court makes the following findings:

The Court finds that the ends of justice in this case in granting this continuance outweigh both the public's right and each defendant's individual right and the defendant's joint right to a speedy trial in this case;

The Court finds that the record in this case and the case itself supports a finding that time shall be excluded under both **local codes E for the pending motion and Local Code T-4**, adequate and reasonable time for preparation, which corresponds to Title 18 U.S.C. sections 3161(h)(d) and (h)(7)(b)(iv), respectively, of the speedy trial act**.** Counsel for both parties stipulate that the ends of justice are served by the Court excluding such time, so that counsel for the defendant may have reasonable time necessary for effective preparation, for reviewing the discovery in this case, for discussing with the respective clients the discovery and the facts of the case, and for the investigation and legal research needed to be done on the potential complex issues regarding the Advisory Sentencing Guidelines regarding any potential sentence, including but not limited to the criminal history of the defendants, taking into account the exercise of due diligence, and to prepare for the pending motion appealing the Magistrate ruling on detention, and therefore time shall be excluded under Title 18 U.S.C. section 3161(h)(d) and Local Code E (pending motions) and Title 18 U.S.C. section (h)(7)(b)(iv) and Local Code T-4.

*///*

*///*

*///*

The Court sets the hearing on the motion to appeal the Magistrates ruling of detention to **Thursday, September 5, 2013, at 9:00 a.m.**, and vacates the hearing date of Thursday, August 8, 2013.

**IT IS SO ORDERED.**

Date: August 05, 2013

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT

4